UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR HEALTH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and MORGAN JACKSON,<br><br>　　　　　Defendants. | Case No.: 3:21-cv-00490-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT AMERICAN GUARANTEE TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 5]** |

Plaintiff Palomar Health and Defendant American Guarantee and Liability Insurance Company filed a Joint Motion for Extension of Time for Defendant American Guarantee to Respond to Plaintiff's Complaint (the "Joint Motion"). ECF No. 5. Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, Defendant American Guarantee and Liability Insurance Company shall file its responsive pleading on or before May 21, 2021.

　　**IT IS SO ORDERED.**

Dated: April 20, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　United States District Judge

1