UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMAR HEALTH,<br><br>               Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and MORGAN JACKSON,<br><br>               Defendants. | Case No.: 3:21-cv-00490-BEN-BGS<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**<br><br>**[ECF No. 14]** |

      On May 7, 2021 Defendant American Guarantee and Liability Insurance Company filed a Motion for Substitution of Attorney to replace existing counsel Steven D. Turner, Esq. of Jones Turner LLP with new counsel Michael W. Goodin, Esq. of Clausen Miller, P.C. ECF No. 14. Good cause appearing, the Court hereby GRANTS the Motion for Substitution of Attorney.

      **IT IS SO ORDERED.**

Dated: May 12, 2021

                                               **HON. ROGER T. BENITEZ**
                                               United States District Judge