# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Southern District of California**

U.S. District Court case number: **3:21-CV-00490-BEN-BGS**

Date case was first filed in U.S. District Court: **03/18/2021**

Date of judgment or order you are appealing: **09/03/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Palomar Health, a California public healthcare district

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Saxe Doernberger & Vita, P.C.

2 BetterWorld Circle, Suite 200

City: Temecula   State: CA   Zip Code: 92590

Prisoner Inmate or A Number (if applicable):

**Signature** _____   **Date** _____

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Palomar Health, a California public healthcare district

Name(s) of counsel (if any):

> Saxe Doernberger & Vita, P.C.
> Cheryl L. Kozdrey, Esq.; Mollie H. Levy, Esq.; Eric M. Clarkson, Esq.

Address: 2 BetterWorld Circle, Suite 200, Temecula, CA 92590

Telephone number(s): (951) 365-3145

Email(s): ckozdrey@sdvlaw.com; mlevy@sdvlaw.com; eclarkson@sdvlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> American Guarantee and Liability Insurance Company, a New York corporation; and Morgan Jackson, an individual

Name(s) of counsel (if any):

> Michael W. Goodin, Esq.
> Scott P. Ward, Esq.

Address: 27285 Las Ramblas, Suite 200

Telephone number(s): (949) 260-3100

Email(s): mgoodin@clausen.com; sward@clausen.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                              *2*                                       *New 12/01/2018*