FILED

SEP 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PALOMAR HEALTH, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; MORGAN JACKSON, <br><br> Defendants-Appellees. | No. 21-56073 <br><br> D.C. No. 3:21-cv-00490-BEN-BGS <br> Southern District of California, San Diego <br><br> ORDER |

Before:  M. MURPHY,* GRABER, and McKEOWN, Circuit Judges.

The panel judges have voted to deny Appellant's petition for panel rehearing and recommend denial of the petition for rehearing en banc.

The full court has been advised of Appellant's petition for rehearing en banc, and no judge of the court has requested a vote on it.

Appellant's petition for panel rehearing and rehearing en banc, Docket No. 51, is DENIED.

---

\*   The Honorable Michael R. Murphy, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.